RACKLIFFE-GIBSON CONST. CO. v. CLINGENPEEL *et al.*

No. 6318. Opinion Filed June 30, 1914.

(141 Pac. 964.)

APPEAL AND ERROR—Dismissal—Service of Process. A petition in error will be dismissed on motion, even though the same is filed in this court within the six months allowed under the statute. where no waiver of issuance and service of summons in error is had, and no praecipe for the same filed, and no summons issued, or general appearance made within such time.

(Syllabus by the Court.)

*Error from District Court, Payne County;*
*A. H. Huston, Judge.*

Rackliffe-Gibson Const. Co. v. Clingenpeel et al.

Action between the Rackliffe-Gibson Construction Company and J. A. Clingenpeel and others. Judgment for Clingenpeel and others, and the Construction Company brings error. Dismissed.

*Robert A. Lowry,* for plaintiff in error.

*Reece & Grubbs,* for defendants in error.

LOOFBOURROW, J. Defendants in error have filed motion to dismiss the appeal in this case for the reason that the same was not commenced within six months from the date of the rendition of the final judgment. An examination of the record discloses the fact that motion for new trial was overruled on November 14, 1913, and the petition in error and case-made were filed in this court on April 22, 1914. But no summons in error has been issued, nor have defendants in error waived such service, and no praecipe for such summons has been filed or general appearance made within such time, and, the six months having expired May 14, 1914, the appeal is dismissed. See *C., R. I. & P. Ry. Co. v. Bradham,* 24 Okla. 250, 103 Pac. 591; *Watson v. Rein et al.,* 26 Okla. 47, 108 Pac. 397.

All the Justices concur.